1
2
3
4
5
6
7

Craig B. Sanders, Esq. (284397)
csanders@sanderslawpllc.com
SANDERS LAW, PLLC
100 Garden City Plaza, Suite 500
Garden City, NY  11530
Telephone:  (516) 203-7600
Facsimile:   (516) 281-7601
*Attorneys for Plaintiff*
Our File No.: 108675

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

FameFlynet, Inc.,

              Plaintiff,

         vs.

Swish Suits LLC,

              Defendant.

Case No.: 2:15-cv-08368-JFW-AJW

Hon. John F. Walter

**PLAINTIFF'S APPLICATION
FOR ATTORNEYS' FEES**

**Action Filed**: October 27, 2015

**Default Judgment
Entered**: December 29, 2015

Pursuant to 17 U.S.C. § 505 and the Court's December 29, 2015 Order [ECF Doc. 19, 20], the plaintiff, FameFlynet, Inc. ("Plaintiff"), by and through the undersigned counsel, and as the prevailing party in the above-captioned action for copyright infringement, hereby submits to the Court this Application for Attorneys' Fees, following the entry of a Default Final Judgment against the defendant, Swish Suits LLC ("Defendant"). [Id.]

Plaintiff commenced this action for Copyright Infringement, in violation of 17 U.S.C. § 501, *et seq.*, upon the filing of a Complaint with this Court on October 27, 2015. [ECF Doc. 1]. Also on October 27, 2015, the Court issued a 21-day Summons. [ECF Doc. 8]. The Summons and Complaint were served on Defendant on November 6, 2015, with proof of such service being filed with the Court on December 1, 2015. [ECF Doc. 11]. Defendant was required to answer the Complaint or otherwise appear in this action on or before November 27, 2015. [Id.] However, Defendant failed to file an Answer or otherwise respond to the Complaint and the time for Defendant to do so has since expired.

Thereafter, on December 2, 2015, Plaintiff moved the Court to enter default against Defendant. [ECF Doc. 12, *et seq.*]. Following the application of Plaintiff, the Clerk of the Court entered a Default against Defendant on December 4, 2015. [ECF Doc. 13]. On December 8, 2015, Plaintiff filed a Motion for Default Judgment against Defendant. [ECF Doc. 14, *et seq.*]. On December 29, 2015, the Court granted Plaintiff's Motion and entered a Default

- 1 -

Final Judgment against Defendant in the amount of Two Thousand Five Hundred Dollars ($2,500.00) in statutory damages pursuant to 17 U.S.C. § 504(c) and Six Hundred Eighty-Five Dollars ($685.00) in costs pursuant to 17 U.S.C. § 505 (hereinafter the "December 29, 2015 Order"). [ECF Doc. 19, 20]. The Court further ordered that the amount of Plaintiff's award of attorney's fees in connection with this action, would be decided pursuant to a fee application to be submitted by Plaintiff's counsel within 14 days of the December 29, 2015 Order. Thus, pursuant to the Court's December 29, 2015 Order, and as the prevailing party in this action for copyright infringement, Plaintiff hereby submits its Application for Attorneys' Fees in the amount of Seven Thousand One Hundred Sixty Dollars ($7,160.00) pursuant to 17 U.S.C. § 505.

The above-stated facts, as well as the summary and basis for such fees, and are set forth in detail in the accompanying Declaration of Craig B. Sanders filed concurrently herewith.

PLAINTIFF'S APPLICATION FOR ATTORNEYS' FEES

1   Dated:    January 5, 2016

2              Garden City, New York

3

4                                              SANDERS LAW PLLC

5

6                                              /s/ *Craig B. Sanders* _____
7                                              Craig B. Sanders, Esq. (284397)
                                               100 Garden City Plaza, Ste. 500
8                                              Garden City, NY 11530
                                               Telephone: (516) 203-7600
9                                              Facsimile: (516) 281-7601
10                                             csanders@sanderslawpllc.com
                                               *Attorneys for Plaintiff*
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PLAINTIFF'S APPLICATION FOR ATTORNEYS' FEES