Craig B. Sanders, Esq. (284397)
csanders@sanderslawpllc.com
SANDERS LAW, PLLC
100 Garden City Plaza, Suite 500
Garden City, NY 11530
Telephone: (516) 203-7600
Facsimile: (516) 281-7601
*Attorneys for Plaintiff*
Our File No.: 108675

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FameFlynet, Inc.,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>Swish Suits LLC,<br><br>　　　　Defendant. | Case No.: 2:15-cv-08368-JFW-AJW<br><br>**[~~PROPOSED~~] ORDER IN SUPPORT OF PLAINTIFF'S APPLICATION FOR ATTORNEYS' FEES**<br><br>**Hon. John F. Walter** |

Before the Court is Plaintiff's Application for Attorneys' Fees (the "Application") filed by the plaintiff, FameFlynet, Inc. ("Plaintiff"), against Swish Suits LLC ("Defendant"). Having carefully considered the papers filed in support of the instant Application, the Court deems this matter appropriate for decision without oral argument. See Fed. R. Civ. P. 78; C.D. Cal. L.R. 7-15.

For the reasons stated in the Application and supporting documentation, and for good cause shown, the Court **GRANTS** Plaintiff's Application as follows:

[~~PROPOSED~~] ORDER IN SUPPORT OF PLAINTIFF'S APPLICATION FOR ATTORNEYS' FEES

1
2    (1) Plaintiff shall be awarded attorneys' fees in connection with this action,
3         pursuant to 17. U.S.C. § 505, in the amount of Seven Thousand One
4         Hundred Sixty Dollars ($7,160.00).
5
6    **IT IS SO ORDERED.**
7
8    DATED: January 8, 2016
9
10                                          /s/
                                            _____
11                                          HON. JOHN F. WALTER
                                            United States District Court Judge
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

[~~PROPOSED~~] ORDER IN SUPPORT OF PLAINTIFF'S APPLICATION FOR ATTORNEYS' FEES